UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 5 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| AXOS BANK, a federally chartered savings bank,<br><br>        Plaintiff - Appellee,<br><br> v.<br><br>NANO BANC, a California corporation; et al.,<br><br>        Defendants - Appellants,<br><br>and<br><br>DOES 1-10, 1 through 10, inclusive,<br><br>        Defendant. | No. 25-5563<br><br>D.C. No. 5:19-cv-02092-JGB-SHK<br>Central District of California, Riverside<br><br>ORDER |

Proceedings in this court other than mediation are stayed until the district court rules on the timely tolling motion filed on August 28, 2025. *See* Fed. R. App. P. 4(a)(4); *Leader Nat'l Ins. Co. v. Indus. Indem. Ins. Co.*, 19 F.3d 444, 445 (9th Cir. 1994).

The clerk will send a copy of this order to the district judge.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT